UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00269-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BARRETT WADDELL KLUTTS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the "Joint Proposed Stipulation Regarding Restitution." As an initial matter, counsel are reminded that the Local Rules require that requests for relief from the court be captioned as "motions" inasmuch as there is no mechanism in ECF for tracking a "joint proposed stipulation." Having deemed such to be a motion, and good cause having been shown for the relief therein requested, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the "Joint Proposed Stipulation Regarding Restitution," deemed to be a consent Motion for Entry of an Order of Restitution is **GRANTED**, and the Judgment is **AMENDED** to provide restitution to Bank of America, N.A. in the amount of $483,868.00.

The Clerk of Court shall prepare an Amended Judgment reflecting such amendment.

Signed: December 5, 2014

Max O. Cogburn Jr.
United States District Judge