UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00269-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BARRETT WADDELL KLUTTS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion for Early Termination of Supervised Release.  Having considered defendant's pro se motion and reviewed the pleadings, and while defendant states in his pleading that the United States Probation Office concurs, that office has informed the court that it does not concur and communicated such to defendant on June 20, 2016.  The court agrees that early termination is premature and that defendant can benefit from continued supervision, and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervised Release (#27) is DENIED without prejudice.

Signed: June 22, 2016

Max O. Cogburn Jr.
United States District Judge