**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:13-CR-269-MOC-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| BARRETT WADDELL KLUTTS, | ) ) | |
| Defendant. | ) ) ) | |

TO THE UNITED STATES MARSHAL AND AMERIPRISE FINANCIAL:

An Amended Judgment was entered on December 8, 2014, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Barrett Waddell Klutts, whose last known address is XXXXXXXXXXX, Charlotte, NC XXXXX, in the sum of $483,968.00. (Document No. 24). The balance on the account as of January 8, 2025, is $150,943.70.

**YOU ARE HEREBY COMMANDED** pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and Ameriprise Financial is commanded to liquidate and turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Barrett Waddell Klutts, Social Security Number XXX-XX-1121, has a substantial nonexempt interest, the property being (1) any and all funds in the Individual Retirement Account held in the name of Barrett W. Klutts and bearing account number XXXXXXXXXXXX2133, and (2) any and all funds in the Roth Contributory Individual Retirement Account held in the name of Barrett W. Klutts and bearing account number XXXXXXXXXXXX3133, and located at the following address:

AMERIPRISE FINANCIAL
53850 AMERIPRISE CENTER, ROUTING: S7-1854
MINNEAPOLIS, MN 55474

**YOU ARE FURTHER COMMANDED** to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW3:13CR000269-001 and Defendant's Barrett W. Klutts.

**YOU ARE FURTHER COMMANDED** that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $150,943.70.

**SO ORDERED**.

Signed: January 8, 2025

David C. Keesler
United States Magistrate Judge